October 27, 1977

M. P. No. 77-268. HAROLD L. ROSE *v.* LORBER CADILLAC PONTIAC, INC. The petition for writ of certiorari is denied.

Doris, J. did not participate. *Lovett & Linder, Ltd., Stephen M. Rappoport,* for petitioner. *Robinson & Mascia, Louis A. Mascia,* for respondent.

November 10, 1977

M. P. No. 77-352. MARIE B. CALENDA *v.* WILLIAM E. LAURIE, *et al.* Petition for writ of habeas corpus is denied. *Gladstone & Zarlenga, Bernard C. Gladstone,* for petitioner. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for respondent.

C. A. No. 75-314. STATE *v.* GEORGE A. MARSHALL. The State's motion to affirm the judgment below pursuant to Rule 16(g) is denied. *Julius C. Michaelson,* Attorney General, for plaintiff. *Corcoran, Peckham & Hayes, Kathleen Managhan, Joseph T. Houlihan,* for defendant.